# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **RIGOBERTO VENTURA** | **CIVIL ACTION** |
| **VERSUS** | **NO. 18-13127** |
| **DARREL VANNOY, WARDEN** | **SECTION: "M"(5)** |

## O R D E R

The Court, having considered the petition, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge (R. Doc. 12), and Rigoberto Ventura's objection to the United States Magistrate Judge's Report and Recommendation (R. Doc. 13), hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Accordingly,

**IT IS ORDERED** that the petition of Rigoberto Ventura for issuance of a writ of habeas corpus under 28 U.S.C. § 2254, is hereby **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, this 11th day of June, 2019.

                                                  **BARRY W. ASHE**
                                                  **UNITED STATES DISTRICT JUDGE**